UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CARL E. WOODWARD, LLC                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 1:09cv387 HSO-JMR

CROFT, LLC                                                           DEFENDANT

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, that a release has been executed and settlement funds have been delivered and the court being desirous that this matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties. If any party fails to comply with the terms of this settlement agreed to by all parties, any aggrieved party may reopen the case for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to comply with the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED AND ADJUDGED this the 10th day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,


_s/ Ron A. Yarbrough_
RON A. YARBROUGH (Miss. Bar #6630)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119
Jackson, MS 39205
Telephone (601) 948-3101
Facsimile (601) 960-6902
Attorneys for Plaintiff, Carl E. Woodward, LLC



_s/ Nathan L. Schrantz_
C. MICHAEL ELLINGBURG (MS BAR # 5496)
NATHAN L. SCHRANTZ, (MS BAR # 102061)
DANIEL COKER HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS  39502-0416
TELEPHONE: (228) 864-8117
FACSIMILE: (228) 864-6331
Attorneys for Defendant, Croft, LLC